# First District Court of Appeal
## State of Florida

_____

No. 1D2023-0062

_____

LEROY LIVINGSTON,

   Appellant,

v.

STATE OF FLORIDA,

   Appellee.

_____

On appeal from the Circuit Court for Suwannee County.
David W. Fina, Judge.

April 11, 2024

PER CURIAM.

   AFFIRMED.

ROBERTS, KELSEY, and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Leroy Livingston, pro se, Appellant.

Ashley Moody, Attorney General, and David Welch, Assistant Attorney General, Tallahassee, for Appellee.